LOUIS A. LEONE, SBN 099874
STUBBS & LEONE
2175 North California Boulevard, Suite 900
Walnut Creek, CA 94596
Telephone:   (925) 974-8600
Facsimile:    ((925) 974-8601

Attorneys for Defendant
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.P., a Minor, by and through A.P., his Guardian Ad Litem,<br><br>   Plaintiffs,<br><br>v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>   Defendant. | CASE NO. C 05-01390 MJJ<br><br>**STIPULATION EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO UNITED STATES DISTRICT COURT CIVIL LOCAL RULE 6-1(a)**<br><br>Granted |

   Pursuant to Local Rule 6-1(a), Plaintiffs and Defendant, by and through their counsel of record, hereby stipulate to extend the time within which Defendant San Ramon Valley Unified School District must answer or otherwise respond to Plaintiffs' complaint as follows:

   The parties agree to extend the time within which defendants must answer or otherwise respond to the complaint to June 28, 2005, which responsive pleading will be filed concurrently with the parties' Joint Case Management Conference Statement.

///

///



STIPULATION EXTENDING TIME WITHIN
WHICH TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT - C-05-01390 MJJ

IT IS SO STIPULATED.

Dated: June 17, 2005             STUBBS & LEONE

                                 _____
                                 LOUIS A. LEONE
                                 Attorneys for Defendant
                                 San Ramon Valley Unified School District

Dated: June 17, 2005             _____
                                 EILEEN MATTEUCCI
                                 Attorney for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

APPROVED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: June 23, 2005             /s/
                                 _____
                                 Hon. Martin J. Jenkins
                                 Judge of the United States District Court
                                 Northern District of California

2

STIPULATION EXTENDING TIME WITHIN
WHICH TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT - C-05-01390 MJJ