LOUIS A. LEONE, ESQ. (SBN: 099874)
PATRICIA J. PARKER, ESQ. (SBN: 155013)
**STUBBS & LEONE**
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601

Attorneys for Defendants
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Order granting

| | |
|---|---|
| E. P., By and Through A.P., His Guardian Ad Litem, <br><br>Plaintiff, <br><br>vs. <br><br>SAN RAMON UNIFIED SCHOOL DISTRICT <br><br>Defendant. | Case No.: C05 01390 MJJ <br><br>STIPULATION TO ENLARGE TIME WITHIN WHICH TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT, AND REPLY/OPPOSITION OF PLAINTIFF <br><br>Date: November 22, 2005 <br>Time: 9:30 a.m. <br>Dept.: 11 |

Case 3:05-cv-01390-MJJ Document 17 Filed 10/20/2005 Page 1 of 2

Pursuant to Local Rule 6-2, plaintiffs and defendant, by and through their counsel of record, hereby stipulate to extend the time within which defendant SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT can file its memorandum of points and authorities in opposition to plaintiff's motion for summary judgment, and defendant's cross-motion for summary judgment, as well as the reply papers of plaintiff.

The filing dates shall be changed as follows:

Opposition/cross-motion: filing date changed from October 24th to **October 31, 2005**;

Reply to Opposition/cross-motion: filing date changed from October 31st to **November 7, 2005**.

///

1  The parties are not requesting any continuance or change in date of hearing, and
2  request that the hearing remain set on November 22, 2005
3  Facsimile signature of plaintiff acceptable.
4  IT IS SO STIPULATED.

6  Dated: October 20, 2005                    STUBBS & LEONE

                                              _____
                                              PATRICIA J. PARKER
                                              Attorneys for Defendant
                                              San Ramon Valley Unified School District

11 Dated: October 20, 2005                    LAW OFFICE OF ROBERTA SAVAGE

                                              _____
                                              ROBERTA S. SAVAGE
                                              Attorney for Plaintiffs

17 PURSUANT TO STIPULATION, IT IS SO ORDERED:

19 Dated: October 23, 2005                    _____
                                              Hon. Martin J. Jenkins
                                              Judge of the United States District Court
                                              Northern District of California