E-filing

1  Roberta S. Savage (SBN 202940)
   221 G Street, Suite 207
2  Davis, CA 95616
   tel (530) 753-4497
3  fax (530) 753-4498

4  Eileen Matteucci (SBN 77327)
   901 Owhanee Ct.
5  Fremont, CA 94539
   tel (510) 623-7556
6  fax (510) 226-6210

7  Attorneys for
   E.P.
8
   LOUIS A. LEONE, ESQ. (CSB #099874)
9  PATRICIA J. PARKER (CSB #155013)
   STUBBS & LEONE
10 A Professional Corporation
   2175 N. California Blvd., Suite 900
11 Walnut Creek, CA 94596
   tel (925) 974-8600
12 fax (925) 974-8601

13 Attorneys for
   SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT
14

15

16              IN THE UNITED STATES DISTRICT COURT

17              FOR THE NORTHERN DISTRICT OF CALIFORNIA

18
   E.P., a minor, By and Through           CASE NO. C05 01390 MJJ
19 A.P., His Guardian Ad Litem,
                                            STIPULATION REGARDING
20          Plaintiff,                      CONTENT OF ADMINISTRATIVE
                                            RECORD
21 v.

22 SAN RAMON VALLEY UNIFIED
   SCHOOL DISTRICT,
23          Defendant.
                                    /
24

25      The parties stipulate that the Administrative Record received by the California Special

26 Education Hearing Office was incomplete. The parties further agree that Plaintiff will include

27 the following documents in the Administrative Record that will be lodged with the Court:

28      1.   District Exhibit 34 - 1 page document entitled Data Summary, dated June 8, 2004;

        2.   Student Exhibit 84 - 1 page correspondence dated October 8, 2004 from Ms. Tom

FILED
NOV 17 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    to Mr. and Mrs. Poon;

2    3.    Student Exhibit 87 - pages 7-9 will be inserted and are entitled Recess dated 3/29-
3    4/2; Recess dated 3/22-3/24; and Recess dated Wed. 3/10;

4    4.    Student Exhibit 88 - 1 page document entitled Ethan dated Jan. 9, 2004.

The parties further stipulate that Student's Exhibit 85 at the underlying hearing was mislabeled as Exhibit 84 in the official record. All references by either party to Exhibit 85 is to the 272 page document labeled Exhibit 84.

The parties will continue to work together to identify any other deficiencies that exist in the Administrative Record and will alert the Court to any further problems.

Respectfully Submitted,

ROBERTA S. SAVAGE

EILEEN MATTEUCCI

Attorneys for Plaintiff

Date: November 3, 2005

*Roberta S. Savage* (Digitally signed by Roberta S. Savage, DN: CN = Roberta S. Savage, C = US, O = Roberta S. Savage, Attorney at Law, Date: 2005.11.03 10:56:11 -08'00')

Roberta S. Savage

STUBBS & LEONE

Attorneys for Defendant

Date: November 3, 2005

/s/
Patricia J. Parker

IT IS SO ORDERED

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

11/17/05
DATE