Roberta S. Savage (SBN 202940)
221 G Street, Suite 207
Davis, CA 95616
tel (530) 753-4497
fax (530) 753-4498

Eileen Matteucci (SBN 77327)
901 Owhanee Ct.
Fremont, CA 94539
tel (510) 623-7556
fax (510) 226-6210

Attorneys for
E.P.

LOUIS A. LEONE, ESQ. (CSB #099874)
PATRICIA J. PARKER (CSB #155013)
STUBBS & LEONE
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
tel (925) 974-8600
fax (925) 974-8601

Attorneys for
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.P., a minor, By and Through A.P., His Guardian Ad Litem, | CASE NO. C05 01390 MJJ |
| Plaintiff, | ~~JOINT STATEMENT RE:~~ ~~JUNE 26, 2006 ORDER~~ |
| v. | ORDER |
| SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, Defendant. | |

The parties, E.P. and San Ramon Valley Unified School District submit this joint statement re: this Court's June 26, 2006 Order.

The parties are working diligently together to comply with the Court's request, specifically to obtain a complete copy of the entire August 25, 2004 IEP team meeting. In order to do so, the parties require an extension of time to respond and provide the information to the

1  Court. The parties seek an extension of time to July 12, 2006.

                                                  Respectfully Submitted,

                                                  ROBERTA S. SAVAGE

                                                  EILEEN MATTEUCCI

                                                  Attorneys for Plaintiff

                                                  *Roberta S. Savage* (digitally signed by Roberta S. Savage, DN: CN = Roberta S. Savage, C = US, O = Roberta S. Savage, Attorney at Law, Date: 2006.06.29 11:50:11 -07'00')

Date: June ___, 2006                           Roberta S. Savage

                                                  STUBBS & LEONE

                                                  Attorneys for Defendant

Date: June 29, 2006                          Patricia J. Parker

GOOD CAUSE SHOWING, this Court extends its June 26, 2006 Order to provide the parties until July 12, 2006 to comply with the June 26, 2006 Order.

DATED: 7/6/2006

*/s/ Martin J. Jenkins*

Martin J. Jenkins

UNITED STATES DISTRICT JUDGE